UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
CHESTER JOHNSON,

                      Petitioner,

  -against-

SUPERINTENDENT BEHRLE,

                      Respondent.
-------------------------------------------------------------- x

ORDER ADOPTING
REPORT AND
RECOMMENDATION

08-CV-733 (SLT)(LB)

**TOWNES, United States District Judge:**

Petitioner filed this *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on December 10, 2007. The matter was referred to United States Magistrate Judge Lois Bloom, who issued a report and recommendation dated June 16, 2009 (the "R&R"). In the R&R, Judge Bloom recommends that the petition be dismissed, and no objections have been filed.

A district court is not required to review the factual or legal conclusions of the magistrate judge as to those portions of a report and recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985). Nonetheless, when no objections are filed, many courts seek to satisfy themselves "that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b) advisory committee note (1983 Addition); *see also Edwards v. Town of Huntington*, No. 05-CV-339, 2007 WL 2027913, at *2 (E.D.N.Y. July 11, 2007). Although not required to do so, this Court has reviewed the record and is satisfied that there is no clear error. Accordingly, this Court hereby adopts Magistrate Judge Bloom's R&R in its entirety.

Accordingly, this Court accepts and adopts Magistrate Judge Bloom's Report and Recommendation dated June 16, 2009 in its entirety as the opinion of this Court. *See* 28 U.S.C. § 636(b)(1). The petition is dismissed, and the Clerk of Court is directed to close this case. The Court also declines to issue a certificate of appealability pursuant to 28 U.S.C § 2253(c)(2).

**SO ORDERED.**

/SANDRA L. TOWNES
United States District Judge

Dated: December 4, 2009
Brooklyn, New York